# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ELONGA BOLIMO ALEX, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:17-cv-89 |
| | * | |
| v. | * | |
| | * | |
| PATRICK GARTLAND, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 11, to which Petitioner Elonga Alex ("Alex") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Alex's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus and **DENIES** Alex *in forma pauperis* status on appeal. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and **CLOSE** this case.

**SO ORDERED**, this 6 day of November, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)